

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI IMMIGRATION COURT**

Respondent Name:

  SANCHEZ-MADRUGA, YURISDEL

To:

  SANCHEZ-MADRUGA, YURISDEL
  1960 W 49th St
  Apt 271
  Hialeah, FL 33012

A-Number:
246-004-016
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
01/27/2026

## ORDER ON MOTION TO DISMISS

☐ The Respondent  ☑ the Department of Homeland Security  ☐ the parties jointly has/have filed a motion to dismiss these proceedings under 8 CFR 1239.2(c). The moving party has given notice of the motion to the non-moving party and the court has provided the non-moving party with an opportunity to respond. The motion is  ☑ opposed  ☐ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to dismiss is:

☑ Granted without prejudice
☐ Denied

Further explanation:

Today the Department of Homeland Security (DHS/ICE) moved to dismiss these removal proceedings. DHS has the authority to move to dismiss a case where "[c]ircumstances in the case have changed after the notice to appear was issued to such an extent that continuation is no longer in the best interest of the government," 8 C.F.R. § 239.2(a)(7), see also 8 C.F.R. §§ 239.2(c), and 1239.2(c).
IT IS ORDERED that DHS's Motion to Dismiss is GRANTED.
IT IS ORDERED that these removal proceedings be DISMISSED without prejudice

IT IS SO ORDERED.

Immigration Judge: Balasquide, Javier 01/27/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : SANCHEZ-MADRUGA, YURISDEL | A-Number : 246-004-016

Riders:

Date: 01/27/2026 By: Balasquide, Javier, Immigration Judge