UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-22206-KMW

YURISDEL SANCHEZ MADRUGA,

 *Petitioner*,

v.

 JUAN AGUDELO, *et al.*,

 *Respondents*.

_____/

## NOTICE OF COMPLIANCE

As directed by the Court [DE 3], the undersigned advises that litigative responsibility for this matter has been delegated within the U.S. Attorney's Office to the undersigned AUSA, who has received the Court's order to show cause setting forth an April 9 deadline to file Respondents' return to the Petition.

The undersigned further confirms that Petitioner was detained at the Florida Soft-Sided Facility-South a/k/a Alligator Alcatraz on the date the Petition was filed, and that he remains detained there.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By: *Zakarij N. Laux*_____
  ASSISTANT U.S. ATTORNEY
  Florida Bar No. 93784
  United States Attorney's Office
  99 N.E. 4th Street, Suite 500
  Miami, Florida 33132
  (305) 961-9053
  Zakarij.Laux@usdoj.gov

  *Counsel for Respondent*