## Detention History

Person ID: █████

Controlling A-Number: █████016

Name: **Sanchez Madruga, Yurisdel**

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| █████016 | █████ | | 01/31/2026 2100 | KRO | FLORIDA SOFT-SIDED FACILITY -SOUTH | In Custody | | 69 | 65 |
| █████016 | █████ | | 01/27/2026 1031 | KRO | MIAMI (MIRAMAR) HOLD ROOM | 01/31/2026 1137 | Transferred - KRO | 69 | 4 |