# Detention History

Person ID: ████

Controlling A-Number: ████ 016

Name: **Sanchez Madruga, Yurisdel**

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| ██016 | ████ | | 06/28/2026 1805 | KRO | KROME NORTH SPC | In Custody | | 160 | 8 |
| ██016 | | | 06/21/2026 1600 | PIC | EL VALLE DETENTION FACILITY | 06/28/2026 1346 | Transferred - KRO | 160 | 7 |
| ██016 | | | 06/15/2026 1930 | KRO | KROME NORTH SPC | 06/21/2026 1120 | Transferred - PIC | 160 | 6 |
| ██016 | | | 01/31/2026 2100 | KRO | FLORIDA SOFT-SIDED FACILITY -SOUTH | 06/15/2026 1830 | Transferred - KRO | 160 | 135 |
| ██016 | | | 01/27/2026 1031 | KRO | MIAMI (MIRAMAR) HOLD ROOM | 01/31/2026 1137 | Transferred - KRO | 160 | 4 |