UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## DECLARATION OF ACTING ASSISTANT FIELD OFFICE DIRECTOR
## JAHMAL ERVIN

Pursuant to 28 U.S.C. §1746, I, Jahmal Ervin, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief as made known to me in the course of my professional duties.

1. I am acting Assistant Field Office Director ("(A) AFOD") for Enforcement and Removal Operations ("ERO"), Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security ("DHS"). I commenced employment with Immigration and Customs Enforcement on June 26, 2016.

2. I am stationed at the Krome North Service Center ("Krome"), where I supervise Supervisory Detention and Deportation Officers (SDDOs), as well as Deportation Officers (DOs), who are responsible for the case management of aliens who are detained by ICE while they are in removal proceedings or awaiting removal, based on an administratively final order of removal.

3. Detainees who are in exclusion, deportation, or removal proceedings under the Immigration and Nationality Act ("INA") are housed at Service Processing locations under the authority of ICE, as are detainees who are pending appeal results from the Board of Immigration Appeals ("Board"), or those with administrative final orders of removal who are being processed for removal.

4. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees,

employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

5. The purpose of this declaration is to provide information to the Court on the transfer of detainees from Krome due to local brush fires in Miami Dade County, Florida.

6. On June 19, 2026, ICE ERO at Krome was notified of local brush fires in Miami Dade County, Florida.

7. On June 19, 2026, ICE ERO received a directive from ICE ERO leadership ordering the evacuation of the facility as a result of the safety concerns posed by the brush fires.

8. Detainees were then transferred from Krome to various other facilities in and out of the State of Florida with bed space available.

9. When the risk posed by the brush fires has been cleared, ICE ERO will identify individuals with pending habeas petitions and orders prohibiting transfer and return them to Krome.

10. ICE is committed to ensuring that every person detained in its custody is safe in the event of adverse weather conditions, including fire.  The health, safety, and welfare of all persons detained in its custody are among the agency's highest priorities, and ICE has protocols in place to ensure that any individual within its detention facilities is promptly and appropriately addressed and treated, and that the safety, security, and order of the facility is maintained for the detainees, staff, contractors, volunteers, and visitors therein.

I declare under penalty of perjury that the foregoing is true and correct.

_____
(A) Assistant Field Office Director
Jahmal Ervin

Date:_____06/22/2026_____