**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-22206-CV-WILLIAMS**

YURISDEL SANCHEZ MADRUGA,

      Petitioner,

v.

JUAN AGUDELO, *et al.*,

      Respondents.

_____/

## ORDER

**THIS MATTER** is before the Court on Respondents' Notice ("***Notice***") (DE 6). In the Notice, Respondents state that after the Response to Order to Show Cause (DE 5) was filed, "the Eleventh Circuit decided *Hernandez Alvarez v. Warden*, Fed. Det. Ctr. Miami, --- F.4th ----, 2026 WL 1243395 (11th Cir. May 6, 2026), in which it held that the detention of [individuals] similarly situated to Petitioner is governed by Section 1226(a), not Section 1225, and that they are entitled to be presented to an immigration judge for a bond hearing." (DE 6 at 1). Respondents further state that "[b]ased on what is now binding Circuit precedent, Respondents concede that the Petition must be granted." (*Id.* at 1–2).

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition for Writ of Habeas Corpus (DE 1) is **GRANTED IN PART**.

2. Respondents shall afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) on or before **July 8, 2026**, or otherwise release Petitioner.

3. Respondents shall file a notice with the Court on or before **July 10, 2026**, confirming and detailing their compliance with this Order.

    **DONE AND ORDERED** in Chambers at Miami, Florida on this 6th day of July,

2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE