UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-22206-KMW

YURISDEL SANCHEZ MADRUGA,

     *Petitioner*,

v.

 JUAN AGUDELO, *et al.*,

     *Respondents*.

_____/

**NOTICE OF FILING LIST OF CASES INVOLVING VIOLATION OF
STAY OF TRANSFER DUE TO KROME EVACUATION**

Respondents respectfully advise the Court that on July 6, 2026, the Honorable Judge K. Michael Moore instructed the U.S. Attorney's Office to file the "Attachment to Paperless Order Setting Show Cause Hearing" documenting the cases where an immigration detainee was transferred in violation of stay order due to the brushfire evacuation at Krome North Service Processing Center.  In compliance with Judge Moore's directive, *see* **Exhibit A**.

In this matter, the Court was notified via DE 6, Petitioner was returned to Krome, and the Court has since granted the Petition. DE 7.

     Respectfully submitted,

     JASON A. REDING QUIÑONES
     UNITED STATES ATTORNEY

By:   *Zakarij N. Laux*_____
     ASSISTANT U.S. ATTORNEY
     Florida Bar No. 93784
     United States Attorney's Office
     99 N.E. 4th Street, Suite 500
     Miami, Florida 33132
     (305) 961-9053
     Zakarij.Laux@usdoj.gov