| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:26-cv-22429-KMM Diaz-Joba v. Krome North Service Processing Center Terminate Motions |
| **Date:** | Monday, July 6, 2026 4:15:01 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/6/2026 at 4:14 PM EDT and filed on 7/6/2026
**Case Name:** Diaz-Joba v. Krome North Service Processing Center
**Case Number:** 1:26-cv-22429-KMM
**Filer:**
**Document Number:** 42

**Docket Text:**
**PAPERLESS ORDER SETTING SHOW CAUSE HEARING. THIS CAUSE came before the Court upon Respondents' Response to the Court's June 30, 2026 Order. [37]. Therein, Respondents address questions the Court ordered them to answer at the Show Cause Hearing on June 30, 2026. *See generally id.*; (ECF No. 36). First, the person responsible for lifting the holds placed on detainee movement at Krome North Service Processing Center was Matthew Elliston, Miami Field Office Director, Immigrations and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"). (ECF No. 37) at 1. Next, Respondents provide a list of the forty-seven (47) detainees that ICE transferred out of the Southern District of Florida in violation of orders from this and other Courts in the District. (ECF No. 37-1). Each of these detainees was transferred without prior notification to the Court. Upon review of the exhibit at (ECF No. 37-1), the Court finds that in twenty-four (24) of those forty-seven (47) cases, Respondents have indicated either that: the judge still has not been notified; it was "unclear" if the judge had been notified; or the detainee was still outside of the Southern District of Florida, in violation of the judges' orders. *See Attachment.***

**From its review of Respondents' list and other cases in front of it, the Court notes that it appears as if ICE failed to timely communicate to the U.S. Attorney's Office that it was planning to violate court orders, but also that the**

U.S. Attorney's Office has subsequently failed to timely notify said courts that ICE had violated their orders. For example, in Case No. 1:26-cv-23634-KMM, the assigned Assistant U.S. Attorney indicated that "he did not receive a notification" regarding that petitioner's transfer "until five days after he was transferred due to the exigent circumstances[.]" Response to Order to Show Cause, *Pierre v. Officer Reyes*, No. 1:26-cv-23634-KMM (S.D. Fla. July 1, 2026) (ECF No. 17). Therefore, that case is an example of ICE failing to communicate with the U.S. Attorney's Office. However, Respondents' list is replete with examples of the U.S. Attorney's Office being aware that a petitioner has been transferred in violation of a court's order but of the U.S. Attorney's Office subsequently failing to notify the court of that violation despite ample opportunity to do so. (ECF No. 37-1); *see, e.g.*, *Jacques v. Warden*, No. 1:26-cv-21770-KMM (S.D Fla.).

Further, the Court notes that Respondents have failed to explain why they did not or could not have notified the Court before moving this and other petitioners. See generally (ECF No. 37). Attorney Timothy Abraham notified the Court at the Show Cause Hearing on June 30, 2026, that ICE was aware as early as June 15, 2026, that the Miami-Dade fires posed a risk to Krome North Service Processing Center ("Krome"). Further, Respondents provided a Facebook post from Miami-Dade Fire Rescue on June 17, 2026, regarding the risks posed by the Miami-Dade fires. (ECF No. 38-2). Attorney Abraham notified the Court that the transfers of immigration detainees did not begin until June 19, 2026. Petitioner Jerome Toussaint was not transferred out of the Southern District until June 21, 2026. (ECF No. 32). Given the time between the initial notification to ICE that the Miami-Dade fires could pose a risk to Krome and the eventual transfers of detainees, the Court finds it is not evident that circumstances were "exigent" such that Respondents could reasonably think they were justified in failing to seek relief prior to violating court orders throughout the Southern District of Florida.

The Court is not satisfied with Respondents' Response to either its in-Court Order or its Order to Show Cause. (ECF No. 33) (ordering Respondents to show cause as to why they should not be sanctioned for their repeated violations of this Court's Order). Accordingly, Attorney Timothy Abraham and ICE ERO Miami Field Office Director Matthew Elliston are ORDERED to appear at a Show Cause Hearing before the Honorable K. Michael Moore on July 9, 2026, at 2:00 PM in Courtroom 13-1 (thirteenth floor), United States Courthouse, 400 North Miami Avenue, Miami. They should both be prepared, at minimum, to discuss: (1) the matters raised in this Order and the Court's prior orders; (2) why they should not be sanctioned for repeated violations of Court orders and for still failing to notify judges, including the undersigned, about their violations of those judges' orders; and (3) their arguments that *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, Nos. 25-14065, 25-14075, 2026 WL 1243395 (11th Cir. May 6, 2026) does not settle this and other habeas petitions where ICE detainees are seeking bond hearings. Further, the United States Attorney's Office is ORDERED to immediately file on the docket in each of the remaining forty-six (46) cases a copy of this Order, including the attachment, and notify

**each of those judges that a petitioner was transferred out of the Southern District of Florida in violation of that judge's order.**

**Finally, nothing herein shall impact the Court's Order in open court at the June 30, 2026 Show Cause Hearing, where the Court ordered that Respondents shall provide Petitioner Toussaint with an individualized bond hearing consistent with 8 U.S.C. § 1226(a) on or before July 7, 2026. The Immigration Judge shall conduct a *de novo* bond hearing considering whether Petitioner Toussaint can establish that he is not a danger or flight risk under the prevailing legal standard. Such bond may not be denied on the basis that Petitioner Toussaint is detained pursuant to § 1225(b)(2). Signed by Judge K. Michael Moore on 7/6/2026. (Attachment: [42] Attachment to Paperless Order Setting Show Cause Hearing) (hyn)**

**1:26-cv-22429-KMM Notice has been electronically mailed to:**

Noticing 2241/Bivens US Attorney      usafls-2255@usdoj.gov

Noticing INS Attorney      usafls-immigration@usdoj.gov

Carlos Javier Raurell      carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Timothy J. Abraham      Timothy.Abraham2@usdoj.gov, CaseView.ECF@usdoj.gov, cynthia.lam@usdoj.gov, Jed.Foret@usdoj.gov, sandra.machin@usdoj.gov, TSatka@usa.doj.gov, USAFLS-HQDKT@usdoj.gov

**1:26-cv-22429-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Conrado Ernesto Diaz-Joba
A# 024452478
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Jerome Toussaint
A# 240-929-975
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Rosbeli Manuel Barrios Perez
A# 235557134
Krome North Service Processing Center
Inmate Mail/Parcels

18201 SW 12th Street
Miami, FL 33194

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2026] [FileNumber=26876982-0
] [23c87f6abf394cecaa747363d03a6978ce70b95276b9503d12b6a29ac33ec278641
7ee6b98f775cd663b08817f9f818a5442c86b5b0dbf7c9c298b43fe2f685b]]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22429-KMM

JEROME TOUSSAINT,

      Petitioner,

v.

KROME NORTH SERVICE PROCESSING
CENTER, Warden,

      Respondent.

_____/

## ATTACHMENT TO PAPERLESS ORDER
## SETTING SHOW CAUSE HEARING

According to Assistant United States Attorney Timothy Abraham, Matthew Elliston—the Miami Field Office Director for ICE—is the ICE official who authorized the transfer of habeas petitioner immigration detainees out of the Southern District of Florida.  47 of these transfers violated an Order of a Judge of the Southern District of Florida prohibiting ICE from such transfers outside of the District during the pendency of the habeas corpus proceedings listed below.

Each bolded case is one where one of the following was true as of the time Respondents submitted their response at (ECF No. 37):  ICE had not notified a judge that it violated that judge's order; ICE was not sure whether it had notified a judge about violating that judge's order; or the detainee has not been returned to the Southern District of Florida and remains incarcerated outside of the District or has been removed.  The non-bolded cases are those where ICE transferred a habeas petitioner in violation of a judge's order, but where ICE notified that judge and has transferred the petitioner back to the Southern District of Florida.

| CASE NUMBER | NAME OF PETITIONER WHO WAS TRANSFERRED | JUDGE[1] | WHERE PETITIONER IS LOCATED |
|---|---|---|---|
| 1:26-cv-22429-KMM | Jerome Toussaint | Judge K. Michael Moore | Krome North Service Processing Center |
| **1:26-cv-21344-KMM** | **Jersson Rojas Ruiz** | **Judge K. Michael Moore** | **Houston Contract Detention Facility** |
| 1:26-cv-23679-BB | Emilio Leonel Varela Carmenatis | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23433-KMW | Daniel Enrique Morales Caldera | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23060-BB | Carlos Antonio Trujillo Acosta | Judge Beth Bloom | Krome North Service Processing Center |
| **1:26-cv-21178-JB** | **Carlos De Armas Cabrera** | **Judge Jacqueline Becerra** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-21894-KMW | Mario Reinoso Ramos | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23662-JB | Leamsy Izquierdo Molina | Judge Jacqueline Becerra | Krome North Service Processing Center |
| 1:26-cv-22940-BB | Oslay Rojas Sosa | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23837-KMW | Hoffman Gonzalez Rodriguez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-20825-KMW | Chang Luz Ramirez Sanchez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-22465-KMW | Alvaro Osvaldo Prieto Quesada | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23753-KMW | Ernesto Garcia | Judge Kathleen M. Williams | Miami Federal Detention Center |
| 1:26-cv-22144-KMW | Allan Young | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23248-DSL | Randy A. Perez Ruano | Judge David S. Leibowitz | Miami Federal Detention Center |
| **1:26-cv-23518-KMW** | **Luis Gonzalo Diaz Barrientos** | **Judge Kathleen M. Williams** | **Krome North Service Processing Center** |
| 1:26-cv-23186-JB | Moses Lee Placide | Judge Jacqueline Becerra | Krome North Service Processing Center |
| **1:26-cv-24352-DMM** | **Yoan O. Ibanez Lopez** | **Judge Donald M. Middlebrooks** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-23720-BB** | **Yohn Algines Landa Alcala** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |

---

[1] The Court notes that Respondents were ordered to provide information as to which judge each case was assigned to.  Respondents failed to provide this information for most of the cases they listed.  (ECF No. 37-1).

2

| 1:26-cv-24282-KMM | Pablo Andres Betancourt Gonzalez | Judge K. Michael Moore | Krome North Service Processing Center |
|---|---|---|---|
| 1:25-cv-24964-DPG | Dimitri Albert Edouard Vorbe | Judge Darrin P. Gayles | Krome North Service Processing Center |
| 1:26-cv-24233-KMW | Adrian Louistan | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-21027-KMW** | **Manaury Olivarez George** | **Judge Kathleen M. Williams** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-23718-BB | Junxiao Liu | Judge Beth Bloom | Miami Federal Detention Center |
| **1:26-cv-24199-BB** | **Raimer Rodriguez** | **Judge Beth Bloom** | **IAH Secure Adult Detention Facility (Livingston, Texas)** |
| **1:26-cv-23642-DPG** | **Felix Alexander Hernandez Martinez** | **Judge Darrin P. Gayles** | **Miami Federal Detention Center** |
| **1:26-cv-23887-KMW** | **Roberto Rodriguez Alvarado** | **Judge Kathleen M. Wiliams** | **Krome North Service Processing Center** |
| 1:26-cv-24080-KMW | Arvelio Clavero Gonzalez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-24038-DSL | Roimer Gonzalez Galvez | Judge David S. Leibowitz | Krome North Service Processing Center |
| 1:26-cv-23521-KMW | Ramon Espinoza Reyne | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-23863-BB** | **Yasmani Chamizo Betancourt** | **Judge Beth Bloom** | **Miami Federal Detention Center** |
| 1:26-cv-21712-KMW | Hao Quoc Le | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:25-cv-25506-DPG** | **Victor Rubio-Ortega** | **Judge Darrin P. Gayles** | **Broward Transitional Center** |
| **1:26-cv-23634-KMM** | **Andy Pierre** | **Judge K. Michael Moore** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-23591-DPG** | **Ruben Macias Santos** | **Judge Darrin P. Gayles** | **Glades County Detention Center (Glades County, Florida)** |
| 1:26-cv-22342-KMW | Yunier Consuegra Aguilar | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-22246-KMW** | **Alexander Valladares Orta** | **Judge Kathleen M. Williams** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-24037-BB** | **Orelbe Zayas Mantilla** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-24059-KMM** | **Juan Carlos Pena Bejerano** | **Judge K. Michael Moore** | **Stewart Detention Center (Stewart County, Georgia)** |

3

| 1:26-cv-22206-KMW | Yurisdel Sanchez Madruga | Judge Kathleen M. Williams | Krome North Service Processing Center |
|---|---|---|---|
| 1:26-cv-21514-JB | Josbel Braulio Pino Menas | Judge Jacqueline Becerra | Stewart Detention Center (Stewart County, Georgia) |
| 1:26-cv-22055-JB | Leonard Zapata Pita | Judge Jacqueline Becerra | IAH Secure Adult Detention Facility (Livingston, Texas) |
| 1:26-cv-24057-KMW | Jingchen Zhang | Judge Kathleen M. Williams | Adams County Correctional Center (Adams County, Mississippi) |
| 1:26-cv-24202-DSL | Jose Cano | Judge David S. Leibowitz | Stewart Detention Center (Stewart County, Georgia) |
| 1:26-cv-22111-DPG | Eli Samuel Blye | Judge Darrin P. Gayles | Removed to Jamaica |
| 1:26-cv-22377-KMW | Ricardo Rodrigues Gomes | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-21770-KMM | Yilmaz Han | Judge K. Michael Moore | Adams County Correction Center (Adams County, Mississippi) |