UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-22206-KMW

YURISDEL SANCHEZ MADRUGA,

     *Petitioner*,

v.

 JUAN AGUDELO, *et al.*,

     *Respondents*.

_____/

## STATUS REPORT

As directed by the Court [DE 7], Respondents advise that Petitioner was presented before an Immigration Judge (IJ) on July 8, 2026 for a bond hearing, at which he was represented by counsel.

At the hearing, Petitioner's counsel became aware that Petitioner was arrested on a domestic violence charge in February 2026 and that a criminal case remained pending against him in state court. As a result, counsel requested that the IJ take "no action" on the instant bond request to allow counsel to prepare to address Petitioner's criminal history.

The IJ granted that request and, from the bench, advised counsel that she could seek a new bond hearing for Petitioner at a future date and that, at that time, the Immigration Court will honor and apply this Court's habeas order. The IJ's written order from the July 8 hearing is attached as **Exhibit A**.

Under the circumstances, Respondents respectfully posit that they have fully complied with this Court's habeas order and that this matter should be closed. Petitioner's counsel agrees with Respondents that the Court's habeas order has been complied with, and that this matter should now be closed.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *Zakarij N. Laux*
ASSISTANT U.S. ATTORNEY
Florida Bar No. 93784
United States Attorney's Office
99 N.E. 4th Street, Suite 500
Miami, Florida 33132
(305) 961-9053
Zakarij.Laux@usdoj.gov

*Counsel for Respondents*