

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:

SANCHEZ-MADRUGA, YURISDEL

To:

SANCHEZ-MADRUGA, YURISDEL

A-Number:

███████

Riders:

In Custody Redetermination Proceedings

Date:

07/08/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☑ Other:
    "Habeas" - no action

Respondent was afforded a bond hearing on July 8, 2026 pursuant to a habeas corpus. The Court took no action at Respondent's request so he could gather additional evidence to show he is not a danger to the community nor a flight risk.



Immigration Judge: Martyak, Christina 07/08/2026

Appeal:    Department of Homeland Security: ☑ waived   ☐ reserved
           Respondent:                       ☑ waived   ☐ reserved
Appeal Due:


## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : SANCHEZ-MADRUGA, YURISDEL | A-Number : ▮▮▮▮▮▮▮

Riders:

Date: 07/08/2026 By: ▮▮▮▮▮▮▮ , Court Staff