UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-22206-KMW

YURISDEL SANCHEZ MADRUGA,

    *Petitioner*,

v.

 JUAN AGUDELO, *et al.*,

    *Respondents*.

_____/

## SECOND NOTICE OF FILING RELATING TO VIOLATION OF TRANSFER INJUNCTION DUE TO KROME EVACUATION

Respondents, as directed by the Honorable Judge K. Michael Moore, file the attached paperless orders entered in *Toussaint v. Warden, Krome North Service Processing Center*, Case No. 26-cv-22459, and provide notice that Judge Moore has set a hearing on July 16, 2026, at 10:00 AM at which Respondents and the United States Attorney's Office have been ordered to show cause why they should not be sanctioned for violations of court orders. *See* **Exhibit A**.

In this matter, the Court was notified of the Petitioner's transfer from Krome due the brush fire evacuation via DE 6. Petitioner had already been returned to Krome at that time, and this Court has since granted the Petition. *See* DE 7, DE 8, and DE 9 (status report after immigration court bond hearing).

Given the Court has granted the Petition and Respondents have fully complied with this Court's habeas order [*see* DE 9, noting Petitioner's agreement that the order has been fully complied with], Respondents respectfully request that the Court issue a final order closing this habeas matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     *Zakarij N. Laux*
        ASSISTANT U.S. ATTORNEY
        Florida Bar No. 93784
        United States Attorney's Office
        99 N.E. 4th Street, Suite 500
        Miami, Florida 33132
        (305) 961-9053
        Zakarij.Laux@usdoj.gov