| From: | cmecfautosender@flsd.uscourts.gov |
|---|---|
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:26-cv-22429-KMM Diaz-Joba v. Krome North Service Processing Center Terminate Motions |
| Date: | Monday, July 6, 2026 4:15:02 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/6/2026 at 4:14 PM EDT and filed on 7/6/2026
**Case Name:** Diaz-Joba v. Krome North Service Processing Center
**Case Number:** 1:26-cv-22429-KMM
**Filer:**
**Document Number:** 42

**Docket Text:**
**PAPERLESS ORDER SETTING SHOW CAUSE HEARING. THIS CAUSE came before the Court upon Respondents' Response to the Court's June 30, 2026 Order. [37]. Therein, Respondents address questions the Court ordered them to answer at the Show Cause Hearing on June 30, 2026. *See generally id.*; (ECF No. 36). First, the person responsible for lifting the holds placed on detainee movement at Krome North Service Processing Center was Matthew Elliston, Miami Field Office Director, Immigrations and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"). (ECF No. 37) at 1. Next, Respondents provide a list of the forty-seven (47) detainees that ICE transferred out of the Southern District of Florida in violation of orders from this and other Courts in the District. (ECF No. 37-1). Each of these detainees was transferred without prior notification to the Court. Upon review of the exhibit at (ECF No. 37-1), the Court finds that in twenty-four (24) of those forty-seven (47) cases, Respondents have indicated either that: the judge still has not been notified; it was "unclear" if the judge had been notified; or the detainee was still outside of the Southern District of Florida, in violation of the judges' orders. *See* Attachment.**

**From its review of Respondents' list and other cases in front of it, the Court notes that it appears as if ICE failed to timely communicate to the U.S. Attorney's Office that it was planning to violate court orders, but also that the**

U.S. Attorney's Office has subsequently failed to timely notify said courts that ICE had violated their orders. For example, in Case No. 1:26-cv-23634-KMM, the assigned Assistant U.S. Attorney indicated that "he did not receive a notification" regarding that petitioner's transfer "until five days after he was transferred due to the exigent circumstances[.]" Response to Order to Show Cause, *Pierre v. Officer Reyes*, No. 1:26-cv-23634-KMM (S.D. Fla. July 1, 2026) (ECF No. 17). Therefore, that case is an example of ICE failing to communicate with the U.S. Attorney's Office. However, Respondents' list is replete with examples of the U.S. Attorney's Office being aware that a petitioner has been transferred in violation of a court's order but of the U.S. Attorney's Office subsequently failing to notify the court of that violation despite ample opportunity to do so. (ECF No. 37-1); *see, e.g., Jacques v. Warden*, No. 1:26-cv-21770-KMM (S.D Fla.).

Further, the Court notes that Respondents have failed to explain why they did not or could not have notified the Court before moving this and other petitioners. See generally (ECF No. 37). Attorney Timothy Abraham notified the Court at the Show Cause Hearing on June 30, 2026, that ICE was aware as early as June 15, 2026, that the Miami-Dade fires posed a risk to Krome North Service Processing Center ("Krome"). Further, Respondents provided a Facebook post from Miami-Dade Fire Rescue on June 17, 2026, regarding the risks posed by the Miami-Dade fires. (ECF No. 38-2). Attorney Abraham notified the Court that the transfers of immigration detainees did not begin until June 19, 2026. Petitioner Jerome Toussaint was not transferred out of the Southern District until June 21, 2026. (ECF No. 32). Given the time between the initial notification to ICE that the Miami-Dade fires could pose a risk to Krome and the eventual transfers of detainees, the Court finds it is not evident that circumstances were "exigent" such that Respondents could reasonably think they were justified in failing to seek relief prior to violating court orders throughout the Southern District of Florida.

The Court is not satisfied with Respondents' Response to either its in-Court Order or its Order to Show Cause. (ECF No. 33) (ordering Respondents to show cause as to why they should not be sanctioned for their repeated violations of this Court's Order). Accordingly, Attorney Timothy Abraham and ICE ERO Miami Field Office Director Matthew Elliston are ORDERED to appear at a Show Cause Hearing before the Honorable K. Michael Moore on July 9, 2026, at 2:00 PM in Courtroom 13-1 (thirteenth floor), United States Courthouse, 400 North Miami Avenue, Miami. They should both be prepared, at minimum, to discuss: (1) the matters raised in this Order and the Court's prior orders; (2) why they should not be sanctioned for repeated violations of Court orders and for still failing to notify judges, including the undersigned, about their violations of those judges' orders; and (3) their arguments that *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, Nos. 25-14065, 25-14075, 2026 WL 1243395 (11th Cir. May 6, 2026) does not settle this and other habeas petitions where ICE detainees are seeking bond hearings. Further, the United States Attorney's Office is ORDERED to immediately file on the docket in each of the remaining forty-six (46) cases a copy of this Order, including the attachment, and notify

**each of those judges that a petitioner was transferred out of the Southern District of Florida in violation of that judge's order.**

**Finally, nothing herein shall impact the Court's Order in open court at the June 30, 2026 Show Cause Hearing, where the Court ordered that Respondents shall provide Petitioner Toussaint with an individualized bond hearing consistent with 8 U.S.C. § 1226(a) on or before July 7, 2026. The Immigration Judge shall conduct a *de novo* bond hearing considering whether Petitioner Toussaint can establish that he is not a danger or flight risk under the prevailing legal standard. Such bond may not be denied on the basis that Petitioner Toussaint is detained pursuant to § 1225(b)(2). Signed by Judge K. Michael Moore on 7/6/2026. (Attachment: [42] Attachment to Paperless Order Setting Show Cause Hearing) (hyn)**

**1:26-cv-22429-KMM Notice has been electronically mailed to:**

Noticing 2241/Bivens US Attorney     usafls-2255@usdoj.gov

Noticing INS Attorney     usafls-immigration@usdoj.gov

Carlos Javier Raurell     carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Timothy J. Abraham     Timothy.Abraham2@usdoj.gov, CaseView.ECF@usdoj.gov, cynthia.lam@usdoj.gov, Jed.Foret@usdoj.gov, sandra.machin@usdoj.gov, TSatka@usa.doj.gov, USAFLS-HQDKT@usdoj.gov

**1:26-cv-22429-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Conrado Ernesto Diaz-Joba
A# 024452478
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Jerome Toussaint
A# 240-929-975
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Rosbeli Manuel Barrios Perez
A# 235557134
Krome North Service Processing Center
Inmate Mail/Parcels

18201 SW 12th Street
Miami, FL 33194

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2026] [FileNumber=26876982-0
] [23c87f6abf394cecaa747363d03a6978ce70b95276b9503d12b6a29ac33ec278641
7ee6b98f775cd663b08817f9f818a5442c86b5b0dbf7c9c298b43fe2f685b]]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22429-KMM

JEROME TOUSSAINT,

      Petitioner,

v.

KROME NORTH SERVICE PROCESSING
CENTER, Warden,

      Respondent.

_____/

**ATTACHMENT TO PAPERLESS ORDER**
**SETTING SHOW CAUSE HEARING**

According to Assistant United States Attorney Timothy Abraham, Matthew Elliston—the Miami Field Office Director for ICE—is the ICE official who authorized the transfer of habeas petitioner immigration detainees out of the Southern District of Florida.  47 of these transfers violated an Order of a Judge of the Southern District of Florida prohibiting ICE from such transfers outside of the District during the pendency of the habeas corpus proceedings listed below.

Each bolded case is one where one of the following was true as of the time Respondents submitted their response at (ECF No. 37):  ICE had not notified a judge that it violated that judge's order; ICE was not sure whether it had notified a judge about violating that judge's order; or the detainee has not been returned to the Southern District of Florida and remains incarcerated outside of the District or has been removed.  The non-bolded cases are those where ICE transferred a habeas petitioner in violation of a judge's order, but where ICE notified that judge and has transferred the petitioner back to the Southern District of Florida.

| CASE NUMBER | NAME OF PETITIONER WHO WAS TRANSFERRED | JUDGE[1] | WHERE PETITIONER IS LOCATED |
|---|---|---|---|
| 1:26-cv-22429-KMM | Jerome Toussaint | Judge K. Michael Moore | Krome North Service Processing Center |
| **1:26-cv-21344-KMM** | **Jersson Rojas Ruiz** | **Judge K. Michael Moore** | **Houston Contract Detention Facility** |
| 1:26-cv-23679-BB | Emilio Leonel Varela Carmenatis | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23433-KMW | Daniel Enrique Morales Caldera | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23060-BB | Carlos Antonio Trujillo Acosta | Judge Beth Bloom | Krome North Service Processing Center |
| **1:26-cv-21178-JB** | **Carlos De Armas Cabrera** | **Judge Jacqueline Becerra** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-21894-KMW | Mario Reinoso Ramos | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23662-JB | Leamsy Izquierdo Molina | Judge Jacqueline Becerra | Krome North Service Processing Center |
| 1:26-cv-22940-BB | Oslay Rojas Sosa | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23837-KMW | Hoffman Gonzalez Rodriguez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-20825-KMW | Chang Luz Ramirez Sanchez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-22465-KMW | Alvaro Osvaldo Prieto Quesada | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23753-KMW | Ernesto Garcia | Judge Kathleen M. Williams | Miami Federal Detention Center |
| 1:26-cv-22144-KMW | Allan Young | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23248-DSL | Randy A. Perez Ruano | Judge David S. Leibowitz | Miami Federal Detention Center |
| **1:26-cv-23518-KMW** | **Luis Gonzalo Diaz Barrientos** | **Judge Kathleen M. Williams** | **Krome North Service Processing Center** |
| 1:26-cv-23186-JB | Moses Lee Placide | Judge Jacqueline Becerra | Krome North Service Processing Center |
| **1:26-cv-24352-DMM** | **Yoan O. Ibanez Lopez** | **Judge Donald M. Middlebrooks** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-23720-BB** | **Yohn Algines Landa Alcala** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |

---

[1] The Court notes that Respondents were ordered to provide information as to which judge each case was assigned to.  Respondents failed to provide this information for most of the cases they listed.  (ECF No. 37-1).

| | | | |
|---|---|---|---|
| 1:26-cv-24282-KMM | Pablo Andres Betancourt Gonzalez | Judge K. Michael Moore | Krome North Service Processing Center |
| 1:25-cv-24964-DPG | Dimitri Albert Edouard Vorbe | Judge Darrin P. Gayles | Krome North Service Processing Center |
| 1:26-cv-24233-KMW | Adrian Louistan | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-21027-KMW** | **Manaury Olivarez George** | **Judge Kathleen M. Williams** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-23718-BB | Junxiao Liu | Judge Beth Bloom | Miami Federal Detention Center |
| **1:26-cv-24199-BB** | **Raimer Rodriguez** | **Judge Beth Bloom** | **IAH Secure Adult Detention Facility (Livingston, Texas)** |
| **1:26-cv-23642-DPG** | **Felix Alexander Hernandez Martinez** | **Judge Darrin P. Gayles** | **Miami Federal Detention Center** |
| **1:26-cv-23887-KMW** | **Roberto Rodriguez Alvarado** | **Judge Kathleen M. Wiliams** | **Krome North Service Processing Center** |
| 1:26-cv-24080-KMW | Arvelio Clavero Gonzalez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-24038-DSL | Roimer Gonzalez Galvez | Judge David S. Leibowitz | Krome North Service Processing Center |
| 1:26-cv-23521-KMW | Ramon Espinoza Reyne | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-23863-BB** | **Yasmani Chamizo Betancourt** | **Judge Beth Bloom** | **Miami Federal Detention Center** |
| 1:26-cv-21712-KMW | Hao Quoc Le | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:25-cv-25506-DPG** | **Victor Rubio-Ortega** | **Judge Darrin P. Gayles** | **Broward Transitional Center** |
| **1:26-cv-23634-KMM** | **Andy Pierre** | **Judge K. Michael Moore** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-23591-DPG** | **Ruben Macias Santos** | **Judge Darrin P. Gayles** | **Glades County Detention Center (Glades County, Florida)** |
| 1:26-cv-22342-KMW | Yunier Consuegra Aguilar | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-22246-KMW** | **Alexander Valladares Orta** | **Judge Kathleen M. Williams** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-24037-BB** | **Orelbe Zayas Mantilla** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-24059-KMM** | **Juan Carlos Pena Bejerano** | **Judge K. Michael Moore** | **Stewart Detention Center (Stewart County, Georgia)** |

| | | | |
|---|---|---|---|
| 1:26-cv-22206-KMW | Yurisdel Sanchez Madruga | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-21514-JB | Josbel Braulio Pino Menas | Judge Jacqueline Becerra | Stewart Detention Center (Stewart County, Georgia) |
| 1:26-cv-22055-JB | Leonard Zapata Pita | Judge Jacqueline Becerra | IAH Secure Adult Detention Facility (Livingston, Texas) |
| 1:26-cv-24057-KMW | Jingchen Zhang | Judge Kathleen M. Williams | Adams County Correctional Center (Adams County, Mississippi) |
| 1:26-cv-24202-DSL | Jose Cano | Judge David S. Leibowitz | Stewart Detention Center (Stewart County, Georgia) |
| 1:26-cv-22111-DPG | Eli Samuel Blye | Judge Darrin P. Gayles | Removed to Jamaica |
| 1:26-cv-22377-KMW | Ricardo Rodrigues Gomes | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-21770-KMM | Yilmaz Han | Judge K. Michael Moore | Adams County Correction Center (Adams County, Mississippi) |

| From: | cmecfautosender@flsd.uscourts.gov |
| --- | --- |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:26-cv-22429-KMM Diaz-Joba v. Krome North Service Processing Center Order |
| Date: | Thursday, July 9, 2026 5:48:59 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 7/9/2026 at 5:47 PM EDT and filed on 7/9/2026
**Case Name:** Diaz-Joba v. Krome North Service Processing Center
**Case Number:** 1:26-cv-22429-KMM
**Filer:**
**WARNING: CASE CLOSED on 07/06/2026**
**Document Number:** 48(No document attached)

**Docket Text:**
*Refiled from Jacques v. Warden, Krome Service Processing Center, No. 1:26-cv-21770-KMM.*

**PAPERLESS ORDER. THIS CAUSE came before the Court upon Respondents' Notice of Petitioner's Transfer Due to Wildfire Danger. [45]. Therein, Respondents "respectfully advise the Court that Petitioner [Cristian Ruben Perez Quiche] was transferred from Krome North Service Processing Center in Miami, Florida, to Adams County Correctional Center due to wildfire danger." Id. at 1. Remarkably, despite Petitioner having been transferred to Adams County Correctional Center, which is in Mississippi, on June 22, 2026, Respondents did not notify their counsel until July 8, 2026. Id.; (ECF No. 45-1) at 1. Substantially troubling, moreover, is that despite Petitioner being absent from the District for over two weeks now in violation of the Court's Order to Show Cause (ECF No. 5), his name was not included in the list of detainees transferred in violation of a court order that this Court ordered Respondents to compile and file in another case before it, *Diaz-Joba v. Krome North Service Processing Center*, No. 1:26-cv-22429-KMM (ECF No. 37) (S.D. Fla. July 1, 2026). The Court then ordered Respondents to file that list of cases, which Respondents did in this case. (ECF No. 44). Assistant U.S. Attorney Natalie Diaz represents that "Respondents informed [her] of the transfer on July 8, 2026,"**

the same day that she filed the instant Notice. (ECF No. 45) at 1. While the Court appreciates Attorney Diaz's timeliness in notifying the Court, in receiving the list as ordered, the Court expected that Respondents would have undertaken a thorough review of all petitioners transferred in violation of any court order in this District, and that the U.S. Attorney's Office as their counsel would have undertaken "an inquiry reasonable under the circumstances" to ensure that that list was accurate and complete. See Fed. R. Civ. P. 11(b). Absent temporary technological issues, any immigration detainee's current location is ascertainable through a search of the U.S. Immigration and Customs Enforcement Online Detainee Locator System website found at https://locator.ice.gov/odls/#/search, such that the U.S. Attorney's Office and here Attorney Diaz need not have relied merely on being informed by Respondents as to a particular petitioner's location.

The Court further notes that Respondents have repeatedly represented to the Court in other cases before it that the danger from the brush fires that caused the evacuation of Krome has now subsided for a number of days. See, e.g., *Cadena Carvajalino v. Krome North Service Processing Center et al.*, No. 1:26-cv-21281-KMM (ECF No. 60) (S.D. Fla. July 7, 2026). Accordingly, Respondents are hereby ORDERED to file a status report within one (1) day of this Order indicating: (1) an anticipated arrival date back to the District for Petitioner Perez Quiche; and (2) why Respondents did not notify Attorney Diaz until July 8, 2026 of his transfer weeks prior.

Relatedly, Respondents are ORDERED to conduct a renewed search of all petitioners who were in U.S. Immigration and Customs Enforcement detention in the Southern District of Florida at the time that their habeas corpus petitions were filed, and since that time were transferred in violation of any order entered in their respective cases by a court in this District, whether that be a prohibition on transfer from a particular facility or from the District. Upon conducting the renewed search, Respondents shall cross-reference the resulting list with the list submitted in *Diaz-Joba v. Krome North Service Processing Center*, No. 1:26-cv-22429-KMM at (ECF No. 37) and determine which petitioners were not included in that initial list, such as Petitioner Ruben Quiche. The U.S. Attorney's Office is hereby advised that the Court expects its attorneys to fulfill their Rule 11 obligations in independently ensuring the accuracy of this list, or otherwise explaining why this is not possible. Respondents shall file a notice indicating the efforts that were undertaken to this end and the names of any petitioners who were not initially included on or before July 13, 2026. This notice need only be filed once in *Diaz-Joba v. Krome North Service Processing Center*, No. 1:26-cv-22429-KMM, where the Court will further consider the notice once it has been filed. This Order shall be issued in both cases. Signed by Judge K. Michael Moore on 7/9/2026. (ss01)

**1:26-cv-22429-KMM Notice has been electronically mailed to:**

Noticing 2241/Bivens US Attorney    usafls-2255@usdoj.gov

Noticing INS Attorney     usafls-immigration@usdoj.gov

Ana M. Davide     ana@anadavidelaw.com, adavide@aol.com

Carlos Javier Raurell     carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Matthew James Feeley     matthew.feeley@usdoj.gov, Elda.Louis-Charles@usdoj.gov, sandra.machin@usdoj.gov

Timothy J. Abraham     Timothy.Abraham2@usdoj.gov, CaseView.ECF@usdoj.gov, cynthia.lam@usdoj.gov, Jed.Foret@usdoj.gov, sandra.machin@usdoj.gov, TSatka@usa.doj.gov, USAFLS-HQDKT@usdoj.gov

**1:26-cv-22429-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Conrado Ernesto Diaz-Joba
A# 024452478
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Jerome Toussaint
A# 240-929-975
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Rosbeli Manuel Barrios Perez
A# 235557134
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:26-cv-22429-KMM Diaz-Joba v. Krome North Service Processing Center Order |
| **Date:** | Friday, July 10, 2026 4:10:52 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 7/10/2026 at 4:09 PM EDT and filed on 7/10/2026
**Case Name:**      Diaz-Joba v. Krome North Service Processing Center
**Case Number:**    1:26-cv-22429-KMM
**Filer:**
**WARNING: CASE CLOSED on 07/06/2026**
**Document Number:** 49(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon a *sua sponte* review of the record. As set forth in (ECF No. 48), on July 9, 2026, the Court noted that in another case before it, *Jacques v. Warden, Krome Service Processing Center*, No. 1:26-cv-21770-KMM, Respondents filed notice of a petitioner's transfer in violation of the Court's order requiring he not be transferred and further indicated that his name was not included in the list of detainees transferred in violation of a court order that Respondents previously provided to the Court at (ECF No. 37).**

**The Court is now aware of at least five cases before it, and at least six cases before other Judges in this District, where a similar notice has been filed regarding a petitioner who had not been included in the initial list provided: Case Nos. 0:26-cv-61084-KMM, 1:26-cv-20982-KMM, 1:26-cv-23523-KMM, 1:26-cv-20791-KMM, 1:26-cv-21281-KMM, 1:26-cv-22117-KMW, 1:26-cv-20708-KMW, 1:26-cv-23539-KMW, 1:26-cv-23001-JB, 1:26-cv-20317-DSL, 1:26-cv-21871-DPG. In some of those cases Respondents filed this Court's paperless order and attachment at (ECF No. 42), and in some cases they did not. Remarkably, in at least one instance a petitioner was not merely transferred but indeed entirely removed from the country in violation of the Court's order requiring the petitioner remain detained in the District. *Perez Arevalo v. Broward Transition***

*Center et al.*, No. 0:26-cv-61084-KMM (S.D. Fla. July 9, 2026) (ECF No. 27). In a previous case where a petitioner was removed in violation of the Court's order prohibiting transfer, Respondents showed cause why they should not be sanctioned for that transfer and explained various remedial measures being implemented, including adopting an alert banner system to prevent inadvertent transfers. *Ferrer Hernandez v. Assistant Field Office Director for the Miami Office of U.S. Immigration and Customs Enforcement and Removal Operations*, No. 1:26-cv-21316 (S.D. Fla.) (ECF Nos. 25, 26, 29, 30). The improper removal in *Perez Arevalo* of which the Court received notice on July 9, 2026 was unrelated to the brush fires and the initial transfer from Krome North Service Processing Center to the El Valle Detention Facility in Texas occurred nearly two months ago, with no notice to the Court in that time. While this was prior to the represented implementation of the alert banner system, the Court is nevertheless troubled both by the now-repeated instances of a petitioner's removal while his habeas petition was pending, and particularly by Respondents' apparent lack of awareness that the removal in *Perez Arevalo* had occurred as evidenced by that petitioner's omission from the list submitted to the Court at (ECF No. 37).

As the Court's Paperless Order and Attachment at (ECF No. 42) evidently reflects an incomplete list of petitioners transferred in violation of court order, Respondents need not file it in any additional cases at this time. As ordered at (ECF No. 48), Respondents shall file a notice indicating the names of any petitioners who were not initially included on the list on or before July 13, 2026. Respondent Matthew Elliston and Attorney Timothy Abraham are hereby advised that at the Show Cause Hearing set for July 16, 2026, in addition to the topics set forth in (ECF No. 42), they should be prepared to discuss the aforementioned deficiencies in the list submitted, as well as the reason for the violative transfers and removals that were unrelated to the brush fires that forced the evacuation of Krome North Service Processing Center. Should any Assistant U.S. Attorneys from any of the other cases where a violation has occurred wish to appear at the Show Cause Hearing to provide pertinent information, they may do so. Signed by Judge K. Michael Moore on 7/10/2026. (ss01)

**1:26-cv-22429-KMM Notice has been electronically mailed to:**

Noticing 2241/Bivens US Attorney     usafls-2255@usdoj.gov

Noticing INS Attorney     usafls-immigration@usdoj.gov

Ana M. Davide     ana@anadavidelaw.com, adavide@aol.com

Carlos Javier Raurell     carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Matthew James Feeley     matthew.feeley@usdoj.gov, Elda.Louis-Charles@usdoj.gov,

sandra.machin@usdoj.gov

Timothy J. Abraham     Timothy.Abraham2@usdoj.gov, CaseView.ECF@usdoj.gov,
cynthia.lam@usdoj.gov, Jed.Foret@usdoj.gov, sandra.machin@usdoj.gov,
TSatka@usa.doj.gov, USAFLS-HQDKT@usdoj.gov

**1:26-cv-22429-KMM Notice has not been delivered electronically to those listed below
and will be provided by other means. For further assistance, please contact our Help
Desk at 1-888-318-2260.:**

Conrado Ernesto Diaz-Joba
A# 024452478
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Jerome Toussaint
A# 240-929-975
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Rosbeli Manuel Barrios Perez
A# 235557134
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

| From: | cmecfautosender@flsd.uscourts.gov |
|---|---|
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 1:26-cv-22429-KMM Diaz-Joba v. Krome North Service Processing Center Administrative Order |
| Date: | Tuesday, July 14, 2026 2:05:08 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/14/2026 at 2:03 PM EDT and filed on 7/14/2026
**Case Name:**      Diaz-Joba v. Krome North Service Processing Center
**Case Number:**     1:26-cv-22429-KMM
**Filer:**
**WARNING: CASE CLOSED on 07/06/2026**
**Document Number:** 53(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon a *sua sponte* review of the record. On July 13, 2026, Respondents filed their Response ("Response") [51] to the Court's July 9, 2026 Paperless Order, wherein the Court ordered Respondents to "conduct a renewed search of all petitioners who were in U.S. Immigration and Customs Enforcement ("ICE") detention in the Southern District of Florida at the time that their habeas corpus petitions were filed, and since that time were transferred in violation of any order entered in their respective cases by a court in this District, whether that be a prohibition on transfer from a particular facility or from the District." (ECF No. 48). The Court further reminded the U.S. Attorney's Office ("USAO") that its attorneys are expected "to fulfill their Rule 11 obligations in independently ensuring the accuracy of this list, or otherwise explaining why this is not possible." *Id.***

**In the Response, the USAO informed the Court that it received a declaration (the "Declaration") from Respondent ICE at 8:20 PM on July 13, 2026, which is the date the Response was due. (ECF No. 51) at 2. Per the Declaration, ICE found 116 cases in the Southern District of Florida since June 2025 in which a petitioner was transferred in violation of a court order. *Id.* at 2. Seventy-two (72) of the petitioners that were transferred were not included in the list that Respondents submitted in response to a prior Court Order on July 1, 2026. *Id.*;**

**see also (ECF No. 37-1). Given the late hour that the Declaration was received, the USAO "notifies this Court that it does not have the ability to confirm the information provided by ICE" because it needs to "confirm [the requested information] with the AUSA assigned to the case." Id. at 3. The USAO thus requests seventy-two (72) hours to inform the Court as to whether ICE provided accurate information and as to whether the USAO informed each respective court of the many violations detailed in ICE's declaration. Id.**

**The Court reminds Respondents and the USAO that it has set a Show Cause Hearing for July 16, 2026, at 10:00 AM, at which Attorney Timothy Abraham and ICE Enforcement and Removal Operations Miami Field Office Director Matthew Elliston are ordered to appear. Given the scope of violations detailed in the Response, the Court also ORDERS Attorney Matthew James Feeley to appear at said hearing and be prepared to discuss the considerations outlined at (ECF Nos. 42, 49). It is FURTHER ORDERED that the USAO, by July 16, 2026, at 10:00 AM, shall: (1) independently confirm that the lists ICE has provided at (ECF No. 51-1) are accurate; (2) provide supplemental information as to whether it informed each respective court as to the 116 listed violations; and (3) provide information as to the current location of each of the 116 detainees. If the detainees have not been returned to the location required by the respective court order (whether that be a specific facility or the Southern District of Florida generally), the USAO shall inform the Court as to where the detainees currently are, why they have not yet been returned to the proper location, and when they will be returned to the proper location. Finally, Respondents are ORDERED to immediately file a copy of this Order in each of the 116 cases and indicate that the undersigned is holding a hearing on July 16, 2026, at 10:00 AM at which Respondents and the USAO have been ordered to show cause why they should not be sanctioned for their repeated violations of court orders. Signed by Judge K. Michael Moore on 7/14/2026. (hyn)**

**1:26-cv-22429-KMM Notice has been electronically mailed to:**

Noticing 2241/Bivens US Attorney     usafls-2255@usdoj.gov

Noticing INS Attorney     usafls-immigration@usdoj.gov

Ana M. Davide     ana@anadavidelaw.com, adavide@aol.com

Carlos Javier Raurell     carlos.raurell@usdoj.gov, melissa.Jiminson@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Kurt Konrad Lunkenheimer     kklunkenheimer@cozen.com, jbonilla@cozen.com, kurt-lunkenheimer-9087@ecf.pacerpro.com

Matthew James Feeley     matthew.feeley@usdoj.gov, Elda.Louis-Charles@usdoj.gov, sandra.machin@usdoj.gov

Timothy J. Abraham     Timothy.Abraham2@usdoj.gov, CaseView.ECF@usdoj.gov,

cynthia.lam@usdoj.gov, Jed.Foret@usdoj.gov, sandra.machin@usdoj.gov,
TSatka@usa.doj.gov, USAFLS-HQDKT@usdoj.gov

**1:26-cv-22429-KMM Notice has not been delivered electronically to those listed below
and will be provided by other means. For further assistance, please contact our Help
Desk at 1-888-318-2260.:**

Conrado Ernesto Diaz-Joba
A# 024452478
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Jerome Toussaint
A# 240-929-975
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

Rosbeli Manuel Barrios Perez
A# 235557134
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194